135 F.3d 763
 Alan A., Barry B., Carl C., David D., Harry H., by Helen H.,
His Mother and Natural Guardian, Irving I., Jeff
J., Kenneth K., Representatives of Class
Pursuant to Fed. R. Civ. P.
23(a), 23(b)(2)
v.
Peter Verniero, Attorney General of New Jersey, Jeffrey S.
Blitz, Atlantic County Prosecutor, William Schmidt, Bergen
County Prosecutor, Stephen G. Raymond, Burlington County
Prosecutor, Lee A. Solomon, Acting Camden County Prosecutor,
Stephen D. Moore, Cape May County
 NO. 97-5410
 United States Court of Appeals,
Third Circuit.
 Dec 10, 1997
 Appeal From: D.N.J. ,No.971288
 
 1
 Vacated.